

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-19-00503-CV

**CHESAPEAKE EXPLORATION, L.L.C.**, Chesapeake Operating, L.L.C., Jamestown Resources, L.L.C., and OOGC American LLC,
Appellants

v.

**7K INVESTMENTS, LTD., ET AL**,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The underlying cause involves multi-district litigation which proceeded in phases in district courts in both Bexar County, Texas and La Salle County, Texas. The reporter's record from the Bexar County phases of the trial was filed on August 9, 2019. The reporter's record from the La Salle County trial was filed on March 2, 2020. Accordingly, appellants' brief is due on April 1, 2020.

On March 17, 2020, the appellants' attorney filed a letter stating the reporter's record from the La Salle County trial is incomplete because it was missing "[a] large number (about 50) exhibits that were preadmitted at trial." On March 18, 2020, the court reporter responsible for filing the reporter's record from the La Salle County trial filed a written response noting the different phases of the underlying trial and stating the exhibits had been preadmitted during a hearing before the Bexar County district court. The court reporter further stated she had received information from a paralegal who did not believe the preadmitted exhibits were identified or used during the La Salle County trial.

It is therefore ORDERED that appellants' attorney file a written reply to the court reporter's response no later than seven days from the date of this order informing the court of the status of the missing exhibits. If the written reply does not reflect that the parties have resolved the issue regarding the missing exhibits, this appeal will be abated to the trial court to conduct a hearing to resolve the issue. *See* TEX. R. APP. P. 34.6(e). The briefing deadlines are SUSPENDED pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

Michael A. Cruz,
Clerk of Court